IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUDITH MARCIA WILLIAMS,

　　　　*Plaintiff*,

v.　　　　　　　　　　　　　　　　Case No.: 4:22cv462-MW/MAF

UNITED STATES PRESIDENT
DONALD TRUMP,

　　　　*Defendant.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 8, and has also reviewed *de novo* Plaintiff's objections, ECF No. 11. Plaintiff's objections concerning the "Walmart Grocery Store" and "Beauty Rest Pillow" are irrelevant now that she has filed an amended complaint solely against former-President Trump. *See* ECF No. 7. Moreover, her objections pertaining to former-President Trump do not provide any basis for this Court to reject the Magistrate Judge's correct conclusion that Plaintiff has failed to state a plausible claim for relief. Accordingly,

　　**IT IS ORDERED**:

The report and recommendation, ECF No. 8, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment

stating, "Plaintiff's amended complaint is **DISMISSED** for failure state a claim upon which relief may be granted." Plaintiff's successive motion for *in forma pauperis* status, ECF No. 6, is **DENIED as moot**. The Clerk shall close the file.

      **SO ORDERED on February 15, 2023.**

                            **s/Mark E. Walker**
                            **Chief United States District Judge**